UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELODIA REYNOSO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-cv-02009-JLS-KSC<br><br>**ORDER: (1) RECUSING FROM CASE; AND (2) REQUESTING REASSIGNMENT** |

　　　　Presently before the Court is a Complaint filed by Plaintiff Elodia Reynoso (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

　　　　**IT IS SO ORDERED.**

Dated: December 2, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge